# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 510 |
| | : | |
| ORDER AMENDING RULES 490 AND | : | CRIMINAL PROCEDURAL RULES |
| 490.1 OF THE PENNSYLVANIA RULES | : | |
| OF CRIMINAL PROCEDURE | : | DOCKET |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of March, 2019, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at *See* 48 *Pa.B.* 1930 (April 7, 2018)*,* and a *Final Report* to be published with this Order**:**

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rules of Criminal Procedure 490 and 490.1 are amended, in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective July 1, 2019.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.